UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| MICHAEL DAVIS, *ET AL.* | ) | |
| v. | ) | NO. 2:03-CV-391 |
| CARTER COUNTY | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| TONY BERRY, *ET AL.* | ) | |
| v. | ) | NO. 2:03-CV-433 |
| CARTER COUNTY | ) | |
| | ) | |

**O R D E R**

In its previous order, the Court ordered that it would hold in abeyance its decision on whether to approve the parties' private settlement agreement until after submission by the defendant of a quarterly progress report on or before January 15, 2005. [Doc. 39]. It was further ordered that absent the plaintiffs filing an objection to the progress report within ten (10) days after the filing of the report, the Court would approve the private settlement agreement. No objection to the progress report in these cases having been filed by the plaintiffs, it is hereby **ORDERED** that the settlement agreement entered into between the parties is **APPROVED**, and the claims of the class for declaratory and injunctive relief concerning the conditions of confinement in the Carter County Jail facility are

**DISMISSED WITH PREJUDICE**. It is further **ORDERED** that counsel for the plaintiffs shall file on or before February 25, 2005 a notice detailing what, if any, individual claims the plaintiffs contend survive this dismissal.

    ENTER:

                                                     s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE